Ryan A. Hamilton
Bar #11587
Hamilton Law
5125 S. Durango Dr.
Las Vegas, NV 89113
Phone : (702) 818-1818
Fax : (702) 974-1139
Email : Ryan@HamLegal.com

Christina Sullivan Castro
CA Bar #328326
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
Phone 314.961.8200
Email: csullivan@hackingimmigrationlaw.com

*Attorneys for Plaintiffs Ekugbere Owen Owhe, Diana Shermaine Cooper.*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EKUGBERE OWEN OWHE, DIANA SHERMAINE COOPER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al. <br><br> Defendants. | Case No. 2:24-cv-01569-JCM-MDC <br><br> **Motion to Withdraw as Plaintiffs' Counsel** |

COMES NOW, Attorneys Christina Sullivan Castro, James Oliver Hacking, III, and Ryan A. Hamilton hereby move this Honorable Court for an Order permitting counsel to withdraw as attorneys of record for Ekugbere Owen Owhe and Diana Shermaine Cooper in the above-captioned matter. *See.* Nevada Local R. IA 11-6. (b): ("If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client

and opposing counsel. The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise.").

Plaintiffs Ekugbere Owen Owhe and Diana Shermaine Cooper consent to the withdrawal. Furthermore, this request will not cause a continuance of trial nor will any deadlines be affected.

For the above reasons, the Court should grant the Motion and permit Plaintiffs' counsel's withdrawal.

RESPECTFULLY SUBMITTED
June 18, 2025

*/s/ Ryan A. Hamilton*
Ryan A. Hamilton
Bar #11587
Hamilton Law
5125 S. Durango Dr.
Las Vegas, NV 89113
Phone : (702) 818-1818
Fax : (702) 974-1139
Email : Ryan@HamLegal.com

*/s/ Christina Sullivan Castro*
Christina Sullivan Castro
CA B# 328326
Hacking Immigration Law, LLC
10121 Manchester Rd, Suite A,
St. Louis, MO 63122
Telephone: (314) 961-8200
Facsimile: (314) 961-8201
E-mail: csullivan@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFFS
EKUGBERE OWEN OWHE
DIANA SHERMAINE COOPER**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2025, the foregoing Motion to Withdraw was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Attorney for Defendants.

This Motion to Withdraw was also served upon Plaintiffs Ekugbere Owen Owhe and Diana Shermaine Cooper via email and US Mail.

*/s/ Ryan A. Hamilton*
Ryan A. Hamilton
Hamilton Law

*/s/ Christina Sullivan Castro*
Christina Sullivan Castro
Hacking Immigration Law, LLC

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

EKUGBERE OWEN OWHE,

DIANA SHERMAINE COOPER,

  Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.

  Defendants.

Case No. 2:24-cv-01569-JCM-MDC

**Motion to Withdraw as Plaintiffs' Counsel**

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel filed by Attorneys Christina Sullivan Castro, James Oliver Hacking, III, and Ryan A. Hamilton is GRANTED.

Attorneys Christina Sullivan Castro, James Oliver Hacking, III, and Ryan A. Hamilton are hereby withdrawn as counsel of record for Ekugbere Owen Owhe and Diana Shermaine Cooper, and shall have no further responsibility in this matter.

**IT IS SO ORDERED.**

Dated:

                                      Hon. Maximiliano D. Couvillier III
                                      United States Magistrate Judge
                                      Date: 7/7/25