Ryan A. Hamilton
NV Bar #11587
Hamilton Law
5125 S. Durango Dr.
Las Vegas, NV 89113
Phone: (702) 818-1818
Fax: (702) 974-1139
Email : Ryan@HamLegal.com

Christina S. Castro (*pro hac vice*)
CA Bar # 328326
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
Phone: 314.961.8200
Email: csullivan@hackingimmigrationlaw.com

*Attorneys for Plaintiffs Ekugbere Owen Owhe and Diana Shermaine Cooper*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EKUGBERE OWEN OWHE, <br><br>DIANA SHERMAINE COOPER, <br><br>  Plaintiffs, <br><br>v. <br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br>  Defendants. | Case No. 2:24-cv-01569-JCM-MDC <br><br> **PLAINTIFFS' MOTION TO TRANSFER DIVISION** |

Plaintiffs Ekugbere Owen Owhe and Diana Shermaine Cooper hereby move this Court to transfer this matter from the Las Vegas Division of the District of Nevada to the Reno Division. This case involves an immigration delay occurring at the Reno Field Office of Defendant U.S. Citizenship & Immigration Service. As such, this case belongs in the Reno Division and was erroneously filed in the Las Vegas Division.

WHEREFORE, for the above reasons, Plaintiffs respectfully request that this Court transfer this matter to the Reno Division of this District.

RESPECTFULLY SUBMITTED
October 22, 2024

*/s/ Ryan A. Hamilton*
Ryan A. Hamilton
Bar #11587
Hamilton Law
5125 S. Durango Dr.
Las Vegas, NV 89113
Phone : (702) 818-1818
Fax : (702) 974-1139
Email : Ryan@HamLegal.com

*/s/ Christina S. Castro*
Christina S. Castro (*pro hac vice*)
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) csullivan@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFFS
EKUGBERE OWEN OWHE
DIANA SHERMAINE COOPER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE, JAMES C. MAHAN

DATED: August 8, 2025